IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ALAN DOERING**  **PLAINTIFF**
ADC #106115

v.   CASE NO. 2:22-CV-00199-BSM

**DEXTER PAYNE,** *et al.*   **DEFENDANTS**

## ORDER

Alan Doering's motion for voluntary dismissal [Doc. No 31] is granted. *See* Fed. R. Civ. P. 41(a). Filings in this case will remain in the public record. All pending motions and recommendations [Doc. Nos. 6, 10, 14, 26, 28] are denied as moot.

IT IS SO ORDERED this 20th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE