**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**ALAN DOERING**                                                                 **PLAINTIFF**
ADC #106115

**v.**                              **CASE NO. 2:22-CV-00199-BSM**

**DEXTER PAYNE,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE